UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CADENCE BANK, N.A.,
ETC.,
      Plaintiff,

v.                                     CASE NO. 8:12-CV-1833-T-17EAJ

EAST 15th STREET, INC.,
ET AL.,

      Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 33    Report and Recommendation

The assigned Magistrate Judge has conducted an evidentiary hearing and entered a Report and Recommendation, in which it is recommended that the Motion for Appointment of Receiver to Maintain and Safeguard Assets (Dkt. 16) be granted. It is recommended that a receiver be appointed to collect monthly rent from existing tenants, and to the extent required, to attempt to lease unoccupied warehouse space to maximize the income generated by the Property. The appointment of a receiver can be revisited if the parties subsequently agree to measures sufficient to protect Plaintiff's interest during the pendency of this lawsuit. It is further recommended that no bond be required. Plaintiff proposed that Peter D. Bursik be appointed to serve as the receiver.

The Court has independently reviewed the pleadings and the record. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation. Accordingly, it is

Case No. 8:12-CV-1833-T-17EAJ

**ORDERED** that the Report and Recommendation is **adopted and incorporated** by reference. The Motion for Appointment of Receiver to Maintain and Safeguard Assets (Dkt. 16) is **granted**. Peter D. Bursik is appointed as Receiver to maintain and safeguard the assets of East 15th Street, Inc., 7011 15th St. E., Sarasota, FL, 34243. In his capacity as Receiver, Peter D. Bursik shall collect rents from the existing tenants, and, to the extent required, shall attempt to lease unoccupied warehouse space to maximize the income generated by the Property. The Receiver shall serve without bond.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 16th day of May, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record