IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

CADENCE BANK, N.A., as successor-in-interest
to SUNCOAST BANK, a Florida state-chartered bank,

    Plaintiff,                                                                   Case No. 8:12-cv-1833-EAK-EAJ

v.                                                                                   Section:

EAST 15TH STREET, INC., a Florida corporation,
MICHAEL S. BENNETT, individually, and DIANE M.
BENNETT, individually,

    Defendant(s).

_____/

**NOTICE OF FILING**

    PLEASE TAKE NOTICE that Cadence Bank, N.A., as successor-in-interest to SunCoast Bank, a Florida state-chartered bank (the "Bank") hereby files with the Clerk of the Middle District of Florida, Tampa Division, the "Affidavit in Support of Summary Judgment," a copy of which is attached hereto as Exhibit "A."

                                                          /s/ Allison C. Doucette
                                                          **JOHN A. ANTHONY, ESQUIRE**
                                                          Florida Bar No.:  073013
                                                          janthony@anthonyandpartners.com
                                                          **ALLISON DOUCETTE, ESQUIRE**
                                                          Florida Bar No.:  0085577
                                                          adoucette@anthonyandpartners.com
                                                          Anthony & Partners, LLC
                                                          201 N. Franklin Street, Suite 2800
                                                          Tampa, FL  33602
                                                          Telephone:  (813) 273-5616
                                                         Facsimile:  (813) 221-4113
                                                          Attorneys for the Bank

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2013, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system which will send a notice of electronic filing to the following: to:

Jon D. Parrish, Esquire
Parrish, Lawhon & Yarnell, P.A.
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109


/s/Allison C. Doucette
**ATTORNEY**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CADENCE BANK, N.A., as successor-in-interest
to SUNCOAST BANK, a Florida state-chartered bank,

    Plaintiff,

v.                                                  Case No. 8:12-cv-1833-EAK-EAJ

EAST 15TH STREET, INC., a Florida corporation,
MICHAEL S. BENNETT, individually, and DIANE M.
BENNETT, individually,

    Defendant(s).
_____/

## AFFIDAVIT IN SUPPORT OF SUMMARY JUDGMENT

BEFORE ME, the undersigned authority, personally appeared Denise Lynch, being first duly sworn, deposes and says:

1. This affidavit is submitted in support of the Motion for Summary Judgment on Verified Complaint (the "Motion"), filed by Cadence Bank, N.A. (the "Bank") in this action (this "Action").

2. My name is Denise Lynch, and I am a Senior Vice President, Special Assets of the Bank. In this capacity, I am familiar with the books and accounts of the Bank, including the obligation (the "Obligation") owed by East 15th Street, Inc. (the "Borrower"), and Michael and Diane Bennett (together, the "Guarantors"), all of whom are together referred to herein as the "Obligors."

3. My responsibilities include the administration and monitoring of a the Bank's problem loan portfolio, the administration of the Bank's claims in litigation, and the direction of counsel with respect to bankruptcy matters and related federal and state court litigation.

4. In connection with my Bank responsibilities, I have personal knowledge of the facts contained in this affidavit, and those set forth in the complaint (as amended, the "Complaint").

5. I have read the Complaint and the Motion. From my own personal knowledge, I hereby verify that the allegations of fact contained therein are correct.

6. The Obligors are liable to the Bank for the Obligation by virtue of the loan, guaranty, and security documents (together, the "Loan Documents"), copies of which are attached as exhibits to the Complaint.

7. The Bank is the owner and holder of the Loan Documents as successor in interest by merger to Suncoast Bank. A copy of the "Articles of Merger" between the Bank and Suncoast Bank is attached hereto as Exhibit "A."

8. As of August 26, 2013, the Obligation was in the aggregate amount of $1,045,128.58 inclusive of principal, accrued interest, forced place insurance and attorneys' fees and costs, itemized as follows:

| | |
|---|---|
| Principal: | $ 909,670.74 |
| Interest (as of 8/26/13 at $164.246105833 per diem): | $ 107,016.29 |
| Forced Place Insurance Fees (as of 8/2013): | $ 19,623.53 |
| Attorneys' Fees and Costs (as of 8/2013): | $ 8,818.02 |
| AMOUNT DUE: | $1,045,128.58 |

9. Attorneys' fees, court costs, and related expenses additionally continue to accrue as part of the Obligation as indicated pursuant to the Loan Documents, including the Promissory Note executed by the Borrower and the Continuing Guaranty executed by the Guarantors, both of which are attached hereto as Composite Exhibit "B." Attached hereto as Exhibit "C" are invoices for the protective forced place insurance premiums. The Bank is authorized to add these protective advances to the balance of the Obligation pursuant to paragraphs 6, 7, and 15 of the Mortgage and Security Agreement attached hereto as Exhibit "D."

10. I am informed by the Bank's counsel of record, that the Bank's attorneys' fees and costs expended in this cause are comparable and reimbursable by the Obligors to the Bank. This is consistent

with my experiences in the ordinary course of my duties for the Bank. The Bank is obligated to pay its counsel, and it is possible that attorneys' fees and costs will increase in the event that this cause is contested.

FURTHER AFFIANT SAYETH NOT.

Dated this 29th day of August, 2013.

*[signature]*
DENISE LYNCH

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

SWORN TO AND SUBSCRIBED before me this 29th day of August, 2013, by Denise Lynch, Senior Vice President, Special Assets Group, Cadence Bank, N.A., She is personally known to me.

*[signature]*
LINDA A. GLUM
(Name: typed or printed)
Notary Public, State at Large
Serial Number and Seal

LINDA A. GLUM
Notary Public - State of Florida
My Comm. Expires Jan 5, 2015
Commission # EE 52988
Bonded Through National Notary Assn.