UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CADENCE BANK, N.A., etc.,

    Plaintiff,

v.                                      CASE NO.  8:12-CV-1833-T-17EAJ

EAST 15TH STREET, INC.<
etc., et al.,

    Defendants.

_____/


ORDER

This cause is before the Court on:


Dkt. 118    Stipulation for Settlement as to Diane M. Bennett
                 and Motion to Approve Stipulation

Defendant Diane M. Bennett has stipulated to a deficiency balance in the amount of $656,560.20 ("Stipulated Deficiency Balance").  Plaintiff Cadence Bank has agreed to accept $300,000 ("Discount Deficiency Balance") in full settlement and satisfaction of Defendant Diane M. Bennett's liability as to the Stipulated Deficiency Balance, payable according to the terms outlined in Stipulation.


"Settlement agreements are favored by the courts as they are a means of resolving disputes without the necessity of a full trial, provided the settlement is entered into fairly and in good faith by competent parties."  Levenson v. American Laser Corp., 438 So.2d 179, 182 (Fla. 2d DCA 1983).  The Stipulation for Settlement is fair and reasonable; after consideration, the Court grants the Motion to Approve Stipulation.  Accordingly, it is

Case No. 8:12-CV-1833-T-17EAJ

**ORDERED** that the Motion to Approve Stipulation for Settlement is **granted**, and the Court **reserves jurisdiction** to approve and enforce all terms and conditions of the Stipulation.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 9th day of October, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record